IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR 117-027
)
JASON LATAURUS HAMM )

O R D E R

Presently before the Court is Defendant Jason Lataurus Hamm's motion for return of seized property. Defendant seeks the return of $17,463.00, which he claims was seized by the United States Government and held as evidence. The Government responds that the currency was seized by state authorities. Indeed, the Federal government only possesses three firearms that were forfeited to it pursuant to the plea agreement. Accordingly, Defendant's motion for return of seized property (doc. 45) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 28th day of August, 2018.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA