IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-027 |
| | ) | |
| JASON LATAURUS HAMM | ) | |

**O R D E R**

Before the Court is the government's motion to unseal and release Defendant's Janary 29, 2018 *ex parte* motion and the Court's February 14, 2018 *ex parte* Order, and to allow the government to obtain a transcript of the *ex parte* hearing held on February 5, 2018, to allow the government to respond to Hamm's § 2255 motion. (Doc. no. 52.) Defendant does not oppose the motion. Upon consideration, the Court **GRANTS** the government's motion. A copy of Defendant's *ex parte* motion, (doc. no. 37), and the Court's February 14th Order, (doc. no. 41), shall be unsealed and provided to the government. The related *ex parte* hearing shall also be unsealed and the court reporter is authorized to transcribe and provide a copy of the *ex parte* hearing to the government in accordance with her normal procedures.

SO ORDERED this 8th day of January, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA