UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA and STATESBORO DIVISION

| | |
|---|---|
| IN RE: | Case Nos.: |
| LEAVE OF ABSENCE REQUEST<br>PATRICIA G. RHODES<br>October 29, 2019 through October 31, 2019. | CR118-029, G. Okolie, et. al.<br>CR119-018, Z. Gordon, et. al.<br>CR119-029, O. Echols, et. al.<br>CR119-030, S. Fennell<br>CR119-032, J. Hambrick, et. al.<br>CR119-033, T. Moore<br>CR119-047, W. Forrester, et. al.<br>CR119-077, V. Kunakowsky (Inf)<br>CR119-110, C. Bolt<br>CR119-113, T. Freeman, et. al.<br>CR113-010, A. Willingham<br>CR117-027, J. Hamm<br>CR111-270, L. Ware<br>CR117-082, M. Timmerman<br>CR115-077, B. Wright<br>CR116-058, D. Cobb<br><br>CR619-007, A. Powell<br><br>CV118-027, A. Willingham<br>CV118-192, J. Hamm<br>CV116-014, L. Ware<br>CV119-046, M. Timmerman<br>CV119-064, B. Wright<br>CV119-135, D. Cobb |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for the dates of October 29, 2019 through October 31, 2019 to attend CLE training at the National Advocacy Center; same is hereby GRANTED.

This 30th day of September, 2019.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA